IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., )<br>          Plaintiff, )<br>)<br>v. )<br>)<br>SUN PHARMACEUTICAL INDUSTRIES )<br>LTD. )<br>)<br>          Defendant. )<br>) | C. A. No. _____ |

### 7.1 DISCLOSURE STATEMENT OF MEDPOINTE HEALTHCARE INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff MedPointe Healthcare Inc. (a nongovernmental corporate party) makes the following disclosure statement.

I.  **PARENT CORPORATIONS:**

- The CPI Development Corporation is the parent corporation of Plaintiff MedPointe Healthcare Inc.; and

- MedPointe Inc. is the parent corporation of The CPI Development Corporation.

II. **PUBLICLY HELD COMPANIES OWNING 10% OR MORE OF ITS STOCK**

- No publicly held corporation owns 10% or more of the stock of MedPointe Healthcare Inc., The CPI Development Corporation or MedPointe Inc.

*Of Counsel:*

John M. Desmarais
Peter J. Armenio
Anne S. Toker
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Dated: June 22, 2007

/s/

Frederick L. Cottrell, III (#2555)
Jameson A.L. Tweedie (#4927)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
cottrell@rlf.com
tweedie@rlf.com

*Attorneys for Plaintiff
MedPointe Healthcare Inc.*