IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., <br><br> Plaintiff, <br><br> v. <br><br> SUN PHARMACEUTICAL INDUSTRIES LTD. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C. A. No. 07-407-SLR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF LODGING OF WAIVER OF SERVICE OF SUMMONS OF SUN PHARMACEUTICAL INDUSTRIES LTD.**

TO:  Francis J. Murphy, Jr., Esq.  
      Murphy, Spadaro & Landon  
      1011 Centre Road, Suite 210  
      Wilmington, DE 19805  

      Scott B. Feder, Esq.  
      Lord Bissell & Brook LLP  
      111 South Wacker Drive  
      Chicago, IL 60606-4410  

Please take notice that pursuant to Federal Rule of Civil Procedure 4 Plaintiff Medpointe Healthcare Inc. has lodged the attached waiver of service of summons of Defendant Sun Pharmaceutical Industries Ltd. with the Court.

Of Counsel:

John M. Desmarais  
Peter J. Armenio  
Anne S. Toker  
Kirkland & Ellis LLP  
Citigroup Center  
153 East 53rd Street  
New York, New York 10022  

Dated: July 18, 2007

/s/ Frederick L. Cottrell, III  
Frederick L. Cottrell, III (#2555)  
cottrell@rlf.com  
Jameson A. L. Tweedie (#4927)  
tweedie@rlf.com  
Richards, Layton & Finger  
One Rodney Square, P.O. Box 551  
Wilmington, DE 19899  
(302) 651-7700  
*Attorneys for Plaintiff MedPointe Healthcare Inc*

# WAIVER OF SERVICE OF SUMMONS

(Sun Pharmaceutical Industries Inc )

TO:   Frederick L. Cottrell, III, Esq., Richards, Layton & Finger P.A., One Rodney Square, P.O. Box 551, Wilmington, DE 19899

    I, Scott B. Feder, as the designated agent in the United States authorized to accept service of process for Sun Pharmaceutical Industries Ltd. in connection with Abbreviated New Drug Application ("ANDA") 78-738, acknowledge receipt of your request that Sun Pharmaceutical Industries Ltd. waive service of summons in the action of *MedPointe Healthcare Inc. v. Sun Pharmaceutical Industries Ltd.*, which is case number 07-407 in the United States District Court for the District of Delaware.

    I have also received a copy of the complaint in the action, two copies of the Notice Of Lawsuit And Request For Waiver Of Service Of Summons (Sun Pharmaceutical Industries Ltd.) and this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that Sun Pharmaceutical Industries Ltd., the entity on whose behalf I am acting, be served with judicial process in the manner provided by Rule 4.

    Sun Pharmaceutical Industries Ltd., the entity on whose behalf I am acting, will retain all defenses or objections to the lawsuit except for objections based on a defect in the summons or in the service of the summons or objections to the jurisdiction or venue of the court.

    I understand that a judgment may be entered against Sun Pharmaceutical Industries Ltd., the party on whose behalf I am acting, if an answer or motion under Rule 12 is not served upon you within 60 days after June 27, 2007.

July 11, 2007
(DATE)

_____
(SIGNATURE)

Printed/ Typed Name: _____Scott B. Feder_____

As the designated agent in the United States authorized
to accept service of process for Sun Pharmaceutical Industries
Ltd. in connection with Abbreviated New Drug Application
("ANDA") 78-738

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

    Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint A defendant located in the United States who, after being notified of an action and asked by plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver

    It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought

    A defendant who waives service must within the time specified on the waiver form serve on plaintiff's attorney(or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received

RLF1-3171752-1

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s).

The following have also been served as noted:

### BY HAND DELIVERY

Francis J. Murphy, Jr., Esq.
Murphy, Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

### BY FEDERAL EXPRESS

Scott B. Feder, Esq.
Lord Bissell & Brook LLP
111 South Wacker Drive
Chicago, IL 60606-4410

Jameson A. L. Tweedie (#4927)
tweedie@rlf.com