## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MEDPOINTE HEALTHCARE INC.,** ) | |
| ) | **C.A. No.: 07-407 SLR** |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **SUN PHARMACEUTICAL INDUSTRIES** ) | |
| **LTD.** ) | |
| ) | |
| **Defendants.** ) | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Kevin M. Nelson, Esquire to represent Sun Pharmaceutical Industries Ltd. in this matter.

MURPHY & LANDON

/s/ Francis J. Murphy
Francis J. Murphy, DE I.D. No. 223
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel: (302) 472-8100
Fax: (302) 472-8135
E-mail: Fmurphy@msllaw.com
Attorney for Defendant

Date: September 6, 2007

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon filing of this motion.

Date: 9/4/07

Signed:

Kevin M. Nelson, Esquire
Lord Bissell & Brook, LLP
111 South Wacker Drive
Chicago, IL 60606-4410
(312) 443-1890
(312) 896-6890 (fax)
knelson@lordbissell.com

145625

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **MEDPOINTE HEALTHCARE INC.,** ) | |
| ) | **C.A. No.:  07-407 SLR** |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **SUN PHARMACEUTICAL INDUSTRIES** ) | |
| **LTD.** ) | |
| ) | |
| **Defendants.** ) | |

### CERTIFICATE OF ELECTRONIC SERVICE

I, Francis J. Murphy, Esq., do hereby certify that on this 6th day of September, 2007, I have caused the foregoing MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF Kevin M. Nelson and this Certificate of Electronic Service, to be served by electronic service on the following counsel of record:

Frederick L. Cottrell, III, DE I.D. No. 2555
Jameson A.L. Tweedie, DE I.D. No. 4927
**Richards, Layton & Finger, P.A.**
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**MURPHY & LANDON**


/s/ Francis J. Murphy
Francis J. Murphy, DE I.D. No. 223
1011 Centre Road, Suite 210
Wilmington, DE  19805
Tel:  (302) 472-8100
Fax:  (302) 472-8135
E-mail:  Fmurphy@msllaw.com
Attorney for Defendant

Date:  September 6, 2007

145954