IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEDPOINTE HEALTHCARE INC., | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | Civil Action No. 07-407-SLR |
| SUN PHARMACEUTICAL INDUSTRIES LTD., | ) ) ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF SERVICE

**IT IS HEREBY CERTIFIED** that on October 5, 2007 Plaintiffs' Rule 26(a)(1) Initial Disclosures were served upon the below-named counsel of record in the manner and at the addresses indicated:

**BY HAND DELIVERY & E-MAIL**

> Francis J. Murphy, Esq.
> MURPHY & LANDON
> 1011 Centre Road, Suite 210
> Wilmington, Delaware 19805

**BY FEDERAL EXPRESS**

> Keith D. Parr
> Scott B. Feder
> Kevin M. Nelson
> David B. Abramowitz
> Amanda K. Davis
> kparr@lordbissell.com
> sfeder@lordbissell.com
> knelson@lordbissell.com
> dabramowitz@lordbissell.com
> adavis@lordbissell.com
> LORD BISSELL & BROOK LLP
> 111 South Wacker Drive
> Chicago, IL 60606

RLF1-3209692-1

*Of Counsel:*

John M. Desmarais
Peter J. Armenio
Anne S. Toker
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022
(212) 446-4800

Frederick L. Cottrell, III (#2555)
Jameson A.L. Tweedie (#4927)
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
cottrell@rlf.com
tweedie@rlf.com

*Attorneys for Plaintiff*
*MedPointe Healthcare Inc.*

Dated:  October 5, 2007

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2007, the foregoing document was hand delivered to the following persons:

> Francis J. Murphy, Esq.
> MURPHY & LANDON
> 1011 Centre Road, Suite 210
> Wilmington, Delaware 19805

I hereby certify that on October 5, 2007, the foregoing document was sent to the following persons by Federal Express:

> Keith D. Parr
> Scott B. Feder
> Kevin M. Nelson
> David B. Abramowitz
> Amanda K. Davis
> kparr@lordbissell.com
> sfeder@lordbissell.com
> knelson@lordbissell.com
> dabramowitz@lordbissell.com
> adavis@lordbissell.com
> LORD BISSELL & BROOK LLP
> 111 South Wacker Drive
> Chicago, IL 60606

Jameson A.L. Tweedie (#4927)