IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MEDPOINTE HEALTHCARE INC.,          )
                                    )
            Plaintiff,              )
                                    )
      v.                            )        C.A. No. 07-407 SLR
                                    )
SUN PHARMACEUTICAL INDUSTRIES       )
LTD.,                               )
                                    )
            Defendant.              )

NOTICE OF FIRM NAME CHANGE

TO:    All counsel of record

      PLEASE TAKE NOTICE that, effective October 2, 2007, the law firm of Lord Bissell &

Brook LLP has changed its name to LOCKE LORD BISSELL & LIDDELL LLP.  The address,

telephone number and facsimile numbers have not changed.

                                    **MURPHY & LANDON**

                                    /s/ Francis J. Murphy
                                    Francis J. Murphy, DE I.D. No. 223
                                    1011 Centre Road, Suite 210
                                    Wilmington, DE  19805
                                    Tel:  (302) 472-8100
                                    Fax:  (302) 472-8135
                                    fmurphy@msllaw.com
                                    Attorneys for Defendant
                                    Sun Pharmaceutical Industries Ltd.

*Of counsel:*
Keith D. Parr
Scott B. Feder
Kevin M. Nelson
David B. Abramowitz
Amanda K. Davis

**LOCKE LORD BISSELL & LIDDELL LLP**
Attorneys for Defendant
Sun Pharmaceutical Industries Ltd.
(312) 443-0261 (SBF)
(312) 896-6261 (SBF) (fax)
sfeder@lockelord.com


Dated:  October 5, 2007

CERTIFICATE OF ELECTRONIC SERVICE

I, Francis J. Murphy, Esq., do hereby certify that on this 5th day of October, 2007, I have caused the foregoing NOTICE OF FIRM NAME CHANGE and this Certificate of Electronic Service, to be served by electronic service on the following counsel of record:

Frederick L. Cottrell, III, DE I.D. No. 2555
Jameson A.L. Tweedie, DE I.D. No. 4927
**Richards, Layton & Finger, P.A.**
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**MURPHY & LANDON**

/s/ Francis J. Murphy
Francis J. Murphy, DE I.D. No. 223
1011 Centre Road, Suite 210
Wilmington, DE  19805
Tel:  (302) 472-8100
Fax:  (302) 472-8135
E-mail:  Fmurphy@msllaw.com
Attorneys for Defendant
Sun Pharmaceutical Industries Ltd.

*Of counsel:*
Keith D. Parr
Scott B. Feder
Kevin M. Nelson
David B. Abramowitz
Amanda K. Davis
**LOCKE LORD BISSELL & LIDDELL LLP**
Attorneys for Defendant
Sun Pharmaceutical Industries Ltd.
(312) 443-0261 (SBF)
(312) 896-6261 (SBF) (fax)
sfeder@lockelord.com

146804                                    3