IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> SUN PHARMACEUTICAL INDUSTRIES ) <br> LTD., ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 07-407-SLR |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Kelly A. Farnan of Richards Layton & Finger, P.A. is substituted for Jameson A.L. Tweedie of Richards Layton & Finger, P.A. as counsel for Medpointe Healthcare, Inc. Frederick L. Cottrell, III and Richards, Layton & Finger, P.A. continue to represent Medpointe Healthcare, Inc. in this matter.

*Of Counsel:*

John M. Desmarais
Peter J. Armenio
Anne S. Toker
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022
(212) 446-4800

Dated:  December 20, 2007

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jameson Tweedie (#4927)
tweedie@rlf.com
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

*Attorneys for Plaintiff*
*MedPointe Healthcare Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will send notification of such filing, and hand delivered to the following:

Francis J. Murphy, Jr., Esq.
Murphy, Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

I hereby certify that on December 20, 2007, I sent the foregoing document by electronic mail to the following non-registered participant:

Scott B. Feder, Esq.
Lord Bissell & Brook LLP
111 South Wacker Drive
Chicago, IL 60606-4410

Jameson A. L. Tweedie (#4927)<br>tweedie@rlf.com

RLF1-3236663-1