IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SUN PHARMACEUTICAL INDUSTRIES ) <br> LTD., ) <br> ) <br> Defendant. ) | C.A. No. 07-407 SLR |

NOTICE OF SERVICE

I, Francis J. Murphy, Esq., do hereby certify that on this 4th day of February, 2008, SUN PHARMACEUTICAL INDUSTRIES LTD.'s FIRST SET OF INTERROGATORIES AND SUN PHARMACEUTICAL INDUSTRIES LTD.'s FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO MEDPOINTE HEALTHCARE, INC. have been served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**
Frederick L. Cottrell, III DE I.D. 2555
Jameson A.L. Tweedy DE I.D. 4927
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
cottrell@rlf.com
tweedy@rlf.com

**BY FIRST CLASS MAIL**
John M. Desmaris, jdesmarais@kirkland.com
Peter J. Armenio, parmenio@kirkland.com
Anne S. Toker, atoker@kirkland.com
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022

Attorneys for Plaintiff
Medpointe Heathcare, Inc.

**MURPHY & LANDON**

/s/ Francis J. Murphy
Francis J. Murphy, DE I.D. No. 223
1011 Centre Road, Suite 210
Wilmington, DE  19805
Tel:  (302) 472-8100
Fax:  (302) 472-8135
fmurphy@msllaw.com
Attorneys for Defendant
Sun Pharmaceutical Industries Ltd.

*Of counsel:*
Keith D. Parr
Scott B. Feder
Kevin M. Nelson
David B. Abramowitz
Amanda K. Davis
**LOCKE LORD BISSELL & LIDDELL LLP**
Attorneys for Defendant
Sun Pharmaceutical Industries Ltd.
(312) 443-0261 (SBF)
(312) 896-6261 (SBF) (fax)
sfeder@lockelord.com


Dated:  February 4, 2008