IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MEDPOINTE HEALTHCARE INC.,  )
          Plaintiff,  )
  )
vs.  )     Civil Action No. 07-407-SLR
  )
SUN PHARMACEUTICAL INDUSTRIES  )
LTD.,  )
          Defendant.  )

## NOTICE OF SERVICE

I HEREBY CERTIFY that on February 7, 2008 copies of (i) Plaintiff's First Set of Requests For The Production of Documents and Things; (ii) Plaintiff's First Set of Requests for Admission; and (iii) Plaintiff's First Set of Interrogatories were served upon the following counsel of record at the addresses and in the manner indicated:

**BY HAND DELIVERY & E-MAIL:**

Francis J. Murphy
Murphy & Landon
1011 Centre Road, Suite 210
Wilmington, Delaware 19805

**BY E-MAIL:**

Keith D. Parr
Scott B. Feder
Kevin M. Nelson
David B. Abramowitz
Amanda K. Davis
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606

OF COUNSEL:

John M. Desmarais
Peter J. Armenio
Anne S. Toker
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Dated: February 7, 2008

*Kelly E Farnan*

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Kelly E. Farnan
farnan@rlf.com
Richards, Layton & Finger P.A.
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
*Attorneys for Plaintiff*
*MedPointe Healthcare Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 7, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the addresses and in the manner indicated below:

**BY HAND DELIVERY**

Francis J. Murphy, Jr.
Murphy & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

**BY E-MAIL**

Keith D. Parr
Scott B. Feder
Kevin M. Nelson
David B. Abramowitz
Amanda K. Davis
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL  60606


_Kelly E. Farnan_
Kelly E. Farnan (#4395)

RLF1-3251352-1