IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-407 (SLR) |
| | ) |
| SUN PHARMACEUTICAL INDUSTRIES LTD., | ) |
| | ) |
| Defendant. | ) |

NOTICE OF SERVICE

I, Francis J. Murphy, Esq., do hereby certify that on this 10th day of March, 2008, DEFENDANT'S REPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS and DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUEST FOR ADMISSION, have been served on the following counsel of record in the manner indicated:

**BY FIRST CLASS MAIL AND BY EMAIL**

Frederick L. Cottrell, III DE I.D. 2555
Kelly A. Farnan, DE I.D. 4395
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899-0551
cottrell@rlf.com
farnan@rlf.com


John M. Desmarais, jdesmarais@kirkland.com
Peter J. Armenio, parmenio@kirkland.com
Anne S. Toker, atoker@kirkland.com
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022

Attorneys for Plaintiff
Medpointe Heathcare, Inc.

2

                **MURPHY & LANDON**

                /s/Francis J. Murphy_____
                Francis J. Murphy, DE I.D. No. 223
                1011 Centre Road, Suite 210
                Wilmington, Delaware  19805
                Tel: (302) 472-8103
                Fax: (302) 472-8135
                fmurphy@msllaw.com
                Attorneys for Defendant
                Sun Pharmaceutical Industries Ltd.

*Of counsel:*
Keith D. Parr
Scott B. Feder
Kevin M. Nelson
David B. Abramowitz
**LOCKE LORD BISSELL & LIDDELL LLP**
Attorneys for Defendant
Sun Pharmaceutical Industries Ltd.
(312) 443-0261 (SBF)
(312) 896-6261 (SBF) (fax)
sfeder@lordbissell.com


Dated:  March 10, 2008