IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEDPOINTE HEALTHCARE INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 07-407-SLR |
| | ) | |
| SUN PHARMACEUTICAL INDUSTRIES LTD., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

I HEREBY CERTIFY that on March 19, 2008 (i) Meda's Amended Objections and Responses to Sun Pharmaceutical Industries Ltd.'s First Request for Production of Documents and Things to Medpointe Healthcare Inc. ( Nos. 1-34) and (ii) Meda's Amended Objections and Responses to Sun Pharmaceutical Industries Ltd.'s First Set of Interrogatories to Medpointe Healthcare Inc. (Nos. 1-15) were served upon the following counsel of record at the addresses and in the manner indicated:

**BY E-MAIL:**
Keith D. Parr
Scott B. Feder
Kevin M. Nelson
David B. Abramowitz
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606

OF COUNSEL:
John M. Desmarais
Peter J. Armenio
Anne S. Toker
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022
(212) 446-4800

Dated: March 20, 2008

/s/ Kelly E. Farnan
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Kelly E. Farnan
farnan@rlf.com
Richards, Layton & Finger P.A.
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
*Attorneys for Meda Pharmaceuticals Inc.*

RLF1-3251380-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the addresses and in the manner indicated below:

**BY HAND DELIVERY**

Francis J. Murphy, Jr.
Murphy & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

**BY FEDERAL EXPRESS**

Keith D. Parr
Scott B. Feder
Kevin M. Nelson
David B. Abramowitz
Amanda K. Davis
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606

_____
Kelly E. Farnan (#4395)