IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDPOINTE HEALTHCARE INC., )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>)<br>SUN PHARMACEUTICAL INDUSTRIES )<br>LTD., )<br>)<br>Defendant. )<br>) | C. A. No. 07-407-SLR |

**STIPULATION REGARDING NAME CHANGE AND CASE CAPTION**

WHEREAS, MedPointe Healthcare Inc. has changed its name to Meda Pharmaceuticals Inc. and remains the current owner of U.S. Patent No. 5,164,194, the patent at issue in this action;

WHEREAS, Plaintiff would like to change the name of the Plaintiff in this action to Meda Pharmaceuticals Inc. and Defendants have no objection;

IT IS HEREBY STIPULATED by the parties hereto, subject to the approval of the Court, that the name of the Plaintiff in this action be changed to Meda Pharmaceuticals Inc. and that the caption in this action shall hereinafter be as follows:

| | |
|---|---|
| MEDA PHARMACEUTICALS INC., )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>)<br>SUN PHARMACEUTICAL INDUSTRIES )<br>LTD., )<br>)<br>Defendant. )<br>) | C. A. No. 07-407-SLR |

RLF1-3284206-1

2

| | |
|---|---|
| */s/ Frederick L. Cottrell, III* | */s/ Francis J. Murphy* |
| Frederick L. Cottrell, III (#2555) | Francis J. Murphy (#223) |
| Kelly E. Farnan (#4395) | 1011 Centre Road, Suite 210 |
| Richards, Layton & Finger, P.A. | Wilmington, DE 19805 |
| One Rodney Square | (302) 472-8100 |
| P.O. Box 551 | fmurphy@msllaw.com |
| Wilmington, DE 19899 | *Attorney for Defendant* |
| (302) 651-7700 | |
| cottrell@rlf.com | |
| farnan@rlf.com | |
| *Attorneys for Plaintiff* | |

**SO ORDERED t**his _____ day of _____, 2008

_____
HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE