# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDA PHARMACEUTICALS INC., )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>SUN PHARMACEUTICAL INDUSTRIES )<br>LTD., )<br>)<br>Defendant. )<br>) | C. A. No. 07-407-SLR |

## STIPULATION REGARDING ELECTRONIC DISCOVERY

IT IS HEREBY STIPULATED by the parties hereto, subject to the approval of the Court, that the deadline for document production in paragraph 2(a)(1) of the Court's October 19, 2007 Rule 16 Scheduling Order (D.I. 19) be extended with respect to the production of electronically stored information until July 18, 2008.

| | |
|---|---|
| */s/ Frederick L. Cottrell, III* | */s/ Francis J. Murphy* |
| Frederick L. Cottrell, III (#2555) | Francis J. Murphy (#223) |
| Kelly E. Farnan (#4395) | 1011 Centre Road, Suite 210 |
| Richards, Layton & Finger, P.A. | Wilmington, DE 19805 |
| One Rodney Square | (302) 472-8100 |
| P.O. Box 551 | fmurphy@msllaw.com |
| Wilmington, DE 19899 | *Attorney for Defendant* |
| (302) 651-7700 | |
| cottrell@rlf.com | |
| farnan@rlf.com | |
| *Attorneys for Plaintiff* | |

**SO ORDERED t**his _____ day of _____, 2008.

_____
HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE

RLF1-3284207-1