UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **MEDA PHARMACEUTICALS, INC.,** | ) ) ) | |
| **Plaintiff,** | ) ) ) | C.A. No.:  07-407 SLR |
| v. | ) ) | |
| **SUN PHARMACEUTICAL INDUSTRIES LTD.** | ) ) ) | |
| **Defendants.** | ) ) | |

**NOTICE OF SERVICE**

    I, Francis J. Murphy, hereby certify that on this 11th day of June, 2008, the following document, SUN PHARMACEUTICAL INDUSTRIES, LTD.'S SECOND SET OF INTERROGATORIES TO MEDA PHARMACEUTICALS, INC. (NOS. 16-18), was served on the parties below by First Class Mail:

    Frederick L. Cottrell, III
    Kelly A. Farnan
    RICHARDS, LAYTON & FINGER P.A.
    One Rodney Square
    P.O. Box 551
    Wilmington, Delaware 19899
    cottrell@rlf.com
    farnan@rlf.com

    John M. Desmaris
    Peter J. Armenio
    Anne S. Toker
    KIRKLAND & ELLIS LLP
    Citigroup Center
    153 East 53rd Street
    New York, New York 10022
    (212) 446-4800
    JDesmarais@kirkland.com
    PArmenio@kirkland.com
    AToker@kirkland.com

    *Attorneys for Plaintiff*
    *Meda Pharmaceuticals, Inc.*

**MURPHY & LANDON**

/s/Francis J. Murphy_____
Francis J. Murphy, DE I.D. No. 223
1011 Centre Road, Suite 210
Wilmington, Delaware  19805
Tel: (302) 472-8103
Fax: (302) 472-8135
fmurphy@msllaw.com
Attorneys for Defendant
Sun Pharmaceutical Industries Ltd.

*Of counsel:*
Keith D. Parr (*pro hac vice*)
Scott B. Feder (*pro hac vice*)
Kevin M. Nelson (*pro hac vice*)
David B. Abramowitz (*pro hac vice*)
LOCKE LORD BISSELL & LIDDELL LLP
(312) 443-0591 (DBA)
(312) 896-6591 (DBA) (fax)
dabramowitz@lockelord.com

Alan B. Clement
Locke Lord Bissell & Liddell LLP
885 Third Avenue, 26th Floor
New York, NY  10022
(212) 812-8318
(212) 947-1202 (fax)
aclement@lockelord.com

*Attorneys for Defendant*
*Sun Pharmaceutical Industries Ltd.*