UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **MEDA PHARMACEUTICALS, INC.,** ) <br> ) <br>         **Plaintiff,** ) <br> ) <br>   **v.** ) <br> ) <br> **SUN PHARMACEUTICAL INDUSTRIES** ) <br> **LTD.** ) <br> ) <br>         **Defendants.** ) <br> ) | **C.A. No.:  07-407 SLR** |

**NOTICE OF SERVICE**

I, Francis J. Murphy, hereby certify that on this 27th day of June, 2008, the following document, DEFENDANT'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, was served on the parties below by First Class Mail:

    Frederick L. Cottrell, III
    Kelly A. Farnan
    RICHARDS, LAYTON & FINGER P.A.
    One Rodney Square
    P.O. Box 551
    Wilmington, Delaware 19899
    cottrell@rlf.com
    farnan@rlf.com

    John M. Desmaris
    Peter J. Armenio
    Anne S. Toker
    KIRKLAND & ELLIS LLP
    Citigroup Center
    153 East 53rd Street
    New York, New York 10022
    (212) 446-4800
    JDesmarais@kirkland.com
    PArmenio@kirkland.com
    AToker@kirkland.com

    *Attorneys for Plaintiff*
    *Meda Pharmaceuticals, Inc.*

          **MURPHY & LANDON**

          /s/Francis J. Murphy_____
          Francis J. Murphy, DE I.D. No. 223
          1011 Centre Road, Suite 210
          Wilmington, Delaware 19805
          Tel: (302) 472-8103
          Fax: (302) 472-8135
          fmurphy@msllaw.com
          Attorneys for Defendant
          Sun Pharmaceutical Industries Ltd.

*Of counsel:*
Keith D. Parr (*pro hac vice*)
Scott B. Feder (*pro hac vice*)
Kevin M. Nelson (*pro hac vice*)
David B. Abramowitz (*pro hac vice*)
LOCKE LORD BISSELL & LIDDELL LLP
(312) 443-0591 (DBA)
(312) 896-6591 (DBA) (fax)
dabramowitz@lockelord.com

Alan B. Clement
Locke Lord Bissell & Liddell LLP
885 Third Avenue, 26th Floor
New York, NY 10022
(212) 812-8318
(212) 947-1202 (fax)
aclement@lockelord.com

*Attorneys for Defendant*
*Sun Pharmaceutical Industries Ltd.*

153207