IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEDPOINTE HEALTHCARE INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 07-407-SLR |
| | ) | |
| SUN PHARMACEUTICAL INDUSTRIES | ) | |
| LTD., | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on June 27, 2008 Meda's Supplemental Objections and

Responses to Sun Pharmaceutical Industries Ltd.'s Interrogatory No.7 were served upon the

following counsel of record at the addresses and in the manner indicated:

**BY E-MAIL:**
Keith D. Parr
Scott B. Feder
Kevin M. Nelson
David B. Abramowitz
Amanda K. Davis
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606

_Kelly E. Farnan_
Frederick Cottrell, III (#2555)
cottrell@rlf.com
Kelly E. Farnan
farnan@rlf.com
Richards, Layton & Finger P.A.
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
*Attorneys for Meda Pharmaceuticals Inc.*

OF COUNSEL:
John M. Desmarais
Peter J. Armenio
Anne S. Toker
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022
(212) 446-4800

Dated:  June 30, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 30, 2008, I electronically filed the foregoing with the

Clerk of Court using CM/ECF and caused the same to be served on the defendant at the

addresses and in the manner indicated below:

## BY HAND DELIVERY:

Francis J. Murphy, Jr.
Murphy & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

## BY FEDERAL EXPRESS

Keith D. Parr
Scott B. Feder
Kevin M. Nelson
David B. Abramowitz
Amanda K. Davis
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606

_Kelly E. Farnan_
Kelly E. Farnan (#4395)