IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MEDPOINTE HEALTHCARE INC., Plaintiff,

vs.

SUN PHARMACEUTICAL INDUSTRIES LTD., Defendant.

Civil Action No. 07-407-SLR

**NOTICE OF SERVICE**

I HEREBY CERTIFY that on July 1, 2008 Meda's Objections and Responses to Sun Pharmaceutical Industries Ltd.'s Second Set of Interrogatories to Meda Pharmaceuticals Inc. (Nos. 16-18) were served upon the following counsel of record at the addresses and in the manner indicated:

**BY E-MAIL:**
Keith D. Parr
Scott B. Feder
Kevin M. Nelson
David B. Abramowitz
Amanda K. Davis
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606

**BY E-MAIL**
Francis J. Murphy
Murphy & Landon LLP
1011 Centre Road, Suite 210
Wilmington, DE 19805

Kelly E Farnan

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Kelly E. Farnan
farnan@rlf.com
Richards, Layton & Finger P.A.
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
*Attorneys for Meda Pharmaceuticals Inc.*

OF COUNSEL:
John M. Desmarais
Peter J. Armenio
Anne S. Toker
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Dated: July 2, 2008

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 2, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the addresses and in the manner indicated below:

**BY E-MAIL:**

Francis J. Murphy, Jr.
Murphy & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

**BY E-MAIL:**

Keith D. Parr
Scott B. Feder
Kevin M. Nelson
David B. Abramowitz
Amanda K. Davis
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606

Kelly E. Farnan
Kelly E. Farnan (#4395)