UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEDA PHARMACEUTICALS, INC., | ) ) ) | C.A. No.: 07-407 SLR |
| Plaintiff, | ) ) | |
| v. | ) ) ) | |
| SUN PHARMACEUTICAL INDUSTRIES LTD. | ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF SERVICE**

  I, Francis J. Murphy, hereby certify that on this 7th day of July, 2008, the following document, DEFENDANT'S RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES, was served on the parties below by First Class Mail:

  Frederick L. Cottrell, III
  Kelly A. Farnan
  RICHARDS, LAYTON & FINGER P.A.
  One Rodney Square
  P.O. Box 551
  Wilmington, Delaware 19899
  cottrell@rlf.com
  farnan@rlf.com

  John M. Desmaris
  Peter J. Armenio
  Anne S. Toker
  KIRKLAND & ELLIS LLP
  Citigroup Center
  153 East 53rd Street
  New York, New York 10022
  (212) 446-4800
  JDesmarais@kirkland.com
  PArmenio@kirkland.com
  AToker@kirkland.com

  *Attorneys for Plaintiff*
  *Meda Pharmaceuticals, Inc.*

**MURPHY & LANDON**

/s/Francis J. Murphy
Francis J. Murphy, DE I.D. No. 223
1011 Centre Road, Suite 210
Wilmington, Delaware  19805
Tel: (302) 472-8103
Fax: (302) 472-8135
fmurphy@msllaw.com
Attorneys for Defendant
Sun Pharmaceutical Industries Ltd.

*Of counsel:*
Keith D. Parr (*pro hac vice*)
Scott B. Feder (*pro hac vice*)
Kevin M. Nelson (*pro hac vice*)
David B. Abramowitz (*pro hac vice*)
LOCKE LORD BISSELL & LIDDELL LLP
(312) 443-0591 (DBA)
(312) 896-6591 (DBA) (fax)
dabramowitz@lockelord.com

Alan B. Clement
Locke Lord Bissell & Liddell LLP
885 Third Avenue, 26th Floor
New York, NY  10022
(212) 812-8318
(212) 947-1202 (fax)
aclement@lockelord.com

*Attorneys for Defendant*
*Sun Pharmaceutical Industries Ltd.*

153281