# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MEDA PHARMACEUTICALS INC., | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) C.A. No. 07-407 (SLR) |
|  | ) |
| SUN PHARMACEUTICAL INDUSTRIES LTD., | ) |
|  | ) |
| Defendant. | ) |

## NOTICE OF DEPOSITION OF JEFFREY N. HOSTLER

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Sun Pharmaceuticals Industries Ltd. will take the deposition, on oral examination, of Jeffrey N. Hostler, whose address is known to Meda Pharmaceuticals Inc., commencing at 9:00 a.m. on August 28, 2008, at Locke, Lord, Bissell & Liddell LLP, 885 Third Avenue, 26th Floor, New York, NY 10022, or at such other time or location as may be agreed upon, before a court reporter, notary public, or other person authorized by law to administer oaths, and will continue until completed.  The deposition will be recorded stenographically, on videotape, and by instant visual display of testimony using LiveNote or similar software.

**MURPHY & LANDON**

/s/ Francis J. Murphy
Francis J. Murphy, DE I.D. No. 223
1011 Centre Road, Suite 210
Wilmington, Delaware  19805
(302) 472-8103
(302) 472-8135 (fax)
fmurphy@msllaw.com
**Attorneys for Defendant**
**Sun Pharmaceutical Industries Ltd.**

*Of counsel:*

Keith D. Parr
Scott B. Feder
Alan B. Clement
Kevin M. Nelson
David B. Abramowitz
LOCKE LORD BISSELL & LIDDELL LLP
(312) 443-0261 (DBA)
(312) 896-6261 (DBA) (fax)
dabramowitz@lordbissell.com

**Attorneys for Defendant
Sun Pharmaceutical Industries Ltd.**

Dated: July 17, 2008

153655

## CERTIFICATE OF SERVICE

I, Francis J. Murphy, hereby certify that on this 17th day of July, 2008, I electronically filed DEFENDANT'S NOTICE OF DEPOSITION OF JEFFREY N. HOSTLER with the Clerk of Court using CM/CEF which will send notification of such filings(s) to the following:

Frederick L. Cottrell, III
RICHARDS, LAYTON & FINGER P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
cottrell@rlf.com
tweedy@rlf.com

Attorneys for Plaintiff
Meda Pharmaceuticals, Inc.


I, Francis J. Murphy, hereby certify that on this 17th day of July, 2008, I have mailed by United States Postal Service, the document(s) DEFENDANT'S NOTICE OF DEPOSITION OF JEFFREY N. HOSTLER to the following non-registered participants:

John M. Desmaris
Peter J. Armenio
Anne S. Toker
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022

Attorneys for Plaintiff
Meda Pharmaceuticals, Inc.

**MURPHY & LANDON**

/s/ Francis J. Murphy
Francis J. Murphy, DE I.D. No. 223
1011 Centre Road, Suite 210
Wilmington, Delaware 19805
(302) 472-8103
(302) 472-8135 (fax)
fmurphy@msllaw.com

153655