IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDA PHARMACEUTICALS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Civil Action No. 07-407-SLR |
| SUN PHARMACEUTICAL INDUSTRIES ) | |
| LTD., ) | |
| ) | |
| Defendant. ) | |

### STIPULATED AMENDED RULE 16 SCHEDULING ORDER

Further to the Rule 16 Scheduling Order entered by the Court in this action on October 19, 2007 (D.I. 19), and upon the parties' request to amend certain of the dates set forth in the Rule 16 Scheduling Order,

IT IS HEREBY ORDERED that Paragraph 2 of the Rule 16 Scheduling Order is amended as follows, with the other dates in that Order remaining unchanged:

2. Discovery.

(b) All fact discovery shall be commenced in time to be completed by October 17, 2008.

(c) Expert discovery shall be commenced in time to be completed by February 13, 2009.

(1) Expert reports on issues for which the parties have the burden of proof due December 5, 2008. Rebuttal expert reports due January 16, 2009.

| | |
|---|---|
| /s/Francis J. Murphy, Jr. | /s/Kelly E. Farnan |
| Francis J. Murphy, Jr. (#223) | Frederick L. Cottrell, III (#2555) |
| fmurphy@msllaw.com | cottrell@rlf.com |
| Murphy & Landon LLP | Kelly E. Farnan (#4395) |
| 1011 Centre Road, Suite 210 | farnan@rlf.com |
| Wilmington, DE 19805 | Richards, Layton & Finger P.A. |
| *Attorneys for Defendant* | One Rodney Square, P.O. Box 551 |
| *Sun Pharmaceutical Industries Ltd* | Wilmington, Delaware 19801 |
| | (302) 651-7700 |
| | *Attorneys for Plaintiff* |
| | *Meda Pharmaceuticals Inc.* |

Dated: July 28, 2008

IT IS SO ORDERED this _____ day of July, 2008

_____
HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE