IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDA PHARMACEUTICALS INC., ) ) Plaintiff, ) ) vs. ) ) SUN PHARMACEUTICAL INDUSTRIES ) LTD., ) ) Defendant. ) ) | C. A. No. 07-407-SLR |

## STIPULATION REGARDING THE USE
## OF PRIOR DEPOSITIONS AND TESTIMONY

WHEREAS, the following witnesses and third parties were deposed pursuant to the Federal Rules of Civil Procedure or provided testimony pursuant to letters rogatory under the Hague Convention in connection with prior litigation involving United States Patent No. 5,164,194 ("the '194 patent") captioned *MedPointe Pharmaceuticals Inc. v. Apotex*, Civil Action No. 06-164 (SLR) (the "Prior Litigation"):

- Dr. Harry Sacks
- Jeffrey N. Hostler
- Corey Fishman
- Elizabeth French
- Dr. Richard Spivey
- Dr. R. Duane Sofia
- Dr. Naresh Chand
- Dr. Helmut Hettche
- Dr. Jurgen Engel
- Dr. Istvan Szelenyi

RLF1-3310746-1

WHEREAS, the parties agree that it is in their interest, as well as that of any third party that is to be deposed in this litigation, to conserve time and resources in the discovery process by eliminating unnecessary duplication of prior testimony.

IT IS HEREBY STIPULATED, by the parties hereto, subject to the approval of the Court, that the depositions or testimony obtained in the Prior Litigation, including depositions and testimony obtained pursuant to the Hague Convention, of the aforementioned witnesses may be used at trial or upon the hearing of a motion or any interlocutory proceeding, as if such deposition or testimony had been obtained in this action, to the extent allowed by the Federal Rules of Civil Procedure, including Rule 32, and the Federal Rules of Evidence.

IT IS HEREBY FURTHER STIPULATED, by the parties hereto, subject to the approval of the Court, that at any deposition of any of the aforementioned witnesses whom Sun Pharmaceutical Industries Ltd. ("Sun") may decide to re-depose, Sun will not duplicate questioning that was covered during that witness's testimony in the Prior Litigation. In an effort to provide context or foundation for a non-duplicative question, Sun may ask a witness to read from that witness's testimony in the Prior Litigation.

| /s/ Kelly E. Farnan | /s/ Francis J. Murphy |
|---|---|
| Frederick L. Cottrell, III (#2555) | Francis J. Murphy (#223) |
| Kelly E. Farnan (#4395) | Murphy & Landon |
| Richards, Layton & Finger, P.A. | 1011 Centre Road, Suite 210 |
| One Rodney Square, P.O. Box 551 | Wilmington, DE 19805 |
| Wilmington, DE 19899 | (302) 472-8100 |
| (302) 651-7700 | fmurphy@msllaw.com |
| cottrell@rlf.com | *Attorney for Defendant* |
| farnan@rlf.com | |
| *Attorneys for Plaintiff* | |

**IT IS SO ORDERED** this _____ day of August, 2008

_____
HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE

2

RLF1-3310746-1