IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEDA PHARMACEUTICALS INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-407-SLR |
| SUN PHARMACEUTICAL INDUSTRIES LTD., | ) ) ) ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Meda Pharmaceuticals Inc. ("Meda"), by and through its counsel, will take the depositions upon oral examination of the following employee(s) of Defendant Sun Pharmaceutical Industries Ltd. ("Sun") or individual(s) that are being represented by Locke Lord Bissell & Liddell LLP in the above-referenced civil action on the dates and at the times indicated below at the offices of Kirkland & Ellis LLP, 153 East 53rd Street, New York, New York 10022.

| | | |
|---|---|---|
| Vipul Doshi | September 3, 2008 | 9:00a.m. |
| Dr. Ratnesh Shrivastava | September 5, 2008 | 9:00a.m. |
| Dr. Subhas Bhowmick | September 11, 2008 | 9:00a.m. |
| Surekha Khopade | September 12, 2008 | 9:00a.m. |
| Kirti Ganorkar | September 15, 2008 | 9:00a.m. |

Each deposition upon oral examination will be conducted before an officer authorized to administer oaths and will be recorded by stenographic and videographic means. The deposition will continue from day to day until completed with such adjournments as to time and place as may be necessary.

You are invited to attend and cross-examine the witness.

|  |  |
|---|---|
| OF COUNSEL:<br><br>John M. Desmarais<br>Peter J. Armenio<br>Anne S. Toker<br>Kirkland & Ellis LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, New York  10022<br>(212) 446-4800 | /s/ Kelly E. Farnan<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Kelly E. Farnan<br>farnan@rlf.com<br>Richards, Layton & Finger P.A.<br>One Rodney Square, P.O. Box 551<br>Wilmington, Delaware 19899<br>(302) 651-7700<br>*Attorneys for Meda Pharmaceuticals Inc.* |

Dated:  August 15, 2008

2

RLF1-3312700-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 15, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the addresses and in the manner indicated below:

BY E-MAIL:

Francis J. Murphy, Jr.
Murphy & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

BY E-MAIL:

Keith D. Parr
Scott B. Feder
Kevin M. Nelson
David B. Abramowitz
Amanda K. Davis
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)